IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03002-CMA-MJW

DAVID T.  BOEKE, and
DOROTHY A.  BOEKE,

Plaintiffs,

v.

HSBC MORTGAGE CORPORATION USA;
CASTLE MEINHOLD & STAWIARSKI, LLC;
VERTEX FINANCIAL GROUP, INC.; and
STATE OF COLORADO,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant Vertex Financial Group, Inc.'s Motion for Extension of Time to File Responsive Pleading (Docket No. 16) is granted, and thus defendant Vertex Financial Group, Inc., shall have up to and including February 2, 2011, to answer or otherwise respond to the Complaint.

It is further ORDERED that defendant Castle Meinhold & Stawiarski, LLC's Motion for a Twenty-One Day Enlargement of Time Within Which to File a Responsive Pleading (Docket No. 17) is granted, and thus defendant Castle Meinhold & Stawiarski, LLC, shall have up to and including February 2, 2011, to answer or otherwise respond to the Complaint.

It is further ORDERED that the Plaintiffs' Motion for Default Judgment Against Defendants Castle Mieinhold [sic] & Stawiarski, LLC, and Vertex Financial Group, Inc., (Docket No. 18) is denied without prejudice based upon plaintiffs' failure to first seek entry of a default (see Fed. R. Civ. P. 55(a)).

Date: January 11, 2011