IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03002-CMA-MJW

DAVID T. BOEKE, and
DOROTHY A. BOEKE,

Plaintiff(s),

v.

HSBC MORTGAGE CORPORATION USA;
CASTLE MEINHOLD & STAWIARSKI, LLC;
VERTEX FINANCIAL GROUP, INC.; and
STATE OF COLORADO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant Vertex Financial Group, Inc.'s Request for a One-Day Extension of Time in Which to File Its Rule 12(b)(6) Reply in Support of Motion to Dismiss (docket no. 47) is GRANTED. Defendant Vertex Financial Group, Inc. shall have up to and including March 1, 2011, in which to file its Reply.

      FURTHER, it is ORDERED that the Defendant State of Colorado's Motion to Enlarge Time to File Proposed Scheduling Order (docket no. 49) is GRANTED in that the parties shall file their proposed Rule 16 Scheduling Order with the court on or before March 9, 2011, by **8:00** a.m. Mountain Time. **The Scheduling Conference shall proceed on March 9, 2011, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver CO 80294, and will not be continued.**

      LASTLY, it is ORDERED that Plaintiffs' Amended Motion to Leave to Amend to Add Governor John W. Hickenlooper, in his official capacity, as Defendant (docket no. 26) is GRANTED for the reasons stated in the subject motion (docket no. 26) and in the interest of justice as outlined in Fed. R. Civ. P. 15(a)(2). The Amended Complaint (docket no. 34) is accepted for filing as of the date of this minute order. As to Defendant's futility argument, Judge Ebel has previously addressed that issue in the case of General Steel Domestic Sales, LLC v. Steel Wise, LLC, 2008 WL 2520423 (D. Colo. 2008). In the General Steel case, Judge Ebel stated, *in pertinent part*: "... Defendants' futility argument seems to place the cart before the horse. Rather than force a Rule 12(b)(6) motion into a Rule 15(a) opposition brief, the defendants may be

better served by waiting to assert Rule 12 motions until the operative complaint is in place."

Date:   March 7, 2011