IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03002-CMA-MJW

DAVID T. BOEKE, and
DOROTHY A. BOEKE,

Plaintiffs,

v.

HSBC MORTGAGE CORPORATION USA;
CASTLE MEINHOLD & STAWIARSKI, LLC;
VERTEX FINANCIAL GROUP, INC.; and
STATE OF COLORADO,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Parties' Stipulated Motion for Entry of Protective Order (docket no. 60) is GRANTED finding good cause shown.  The written Protective Order (docket no. 60-1) is APPROVED and made an Order of Court.

Date: March 28, 2011