IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03002-CMA-MJW

DAVID T.  BOEKE, and
DOROTHY A.  BOEKE,

Plaintiffs,

v.

STATE OF COLORADO,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

        In view of Judge Arguello's Order dismissing the claims against defendant HSBC
(Docket No. 74), it is hereby

        ORDERED that the Motion to Compel Discovery Responses of Plaintiff David T.
Boeke (Docket No. 68), which was filed by defendant HSBC, is denied as moot.

Date: July 13, 2011