IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-03002-CMA-MJW

DAVID T.  BOEKE, and
DOROTHY A.  BOEKE,

Plaintiff(s),

v.

HSBC MORTGAGE CORPORATION USA;
CASTLE MEINHOLD & STAWIARSKI, LLC;
VERTEX FINANCIAL GROUP, INC.; and
STATE OF COLORADO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        Based upon the Joint Stipulation for Dismissal Without Prejudice, DN 94, filed
with the Court on September 7, 2011, it is hereby ORDERED that the Unopposed
Motion to Vacate Pretrial Conference, DN 95, filed with the Court on September 7,
2011, is GRANTED.  The Final Pretrial Conference set on September 12, 2011, at 8:30
a.m. before Magistrate Judge Watanabe is VACATED.

Date:   September 8, 2011